IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division



FILED

MAR 2 4 2021

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

**MARSHAY DIXON,**

    Plaintiff,

v.                                                Civil Action No.: 2:21cv24

**FREDA H. GORDON HOSPICE AND
PALLIATIVE CARE OF TIDEWATER,**

    Defendant.

## JOINT DISMISSAL ORDER

The parties represent to the Court that they have resolved their dispute and therefore, upon consideration of the parties' joint request that this Court dismiss this matter with prejudice, each side to bear its own costs and attorneys' fees, it is hereby

ORDERED that Plaintiff's Complaint is dismissed with prejudice, with each side to bear its own costs and attorneys' fees.

The Clerk is directed to submit a copy of the Court's Order to counsel for the parties.

IT IS SO ORDERED.

ENTERED this 24th day of March, 2021

*/s/ Raymond H. Jackson*
Honorable Raymond A. Jackson
United States District Judge

WE ASK FOR THIS:

By:_____/s/_____
David C. Burton (VSB No. 33178)
dburton@williamsmullen.com
Yiorgos L. Koliopoulos (VSB No. 93608)
gkoliopoulos@williamsmullen.com
WILLIAMS MULLEN, P.C.
222 Central Park Avenue, Suite 1700
Virginia Beach, VA 23462
Phone: (757) 499-8800
Fax: (757) 473-0395
*Counsel for Freda H. Gordon Hospice and Palliative Care of Tidewater*


By:_____/s/_____
Thomas A. Shumaker, II, Esq.
tshumaker@ernestlawgroup.net
ERNEST LAW GROUP, PLC
505 South Independence Blvd, Suite 103
Virginia Beach, Virginia 23452
*Counsel for Marshay Dixon*